UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN BOGDAN DUMBRAVA,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF ORANGE COUNTY,<br><br>Respondent. | Case No. SA CV 23-01965-DMG (SSC)<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is dismissed without prejudice to re-filing after the conclusion of Petitioner's state-court proceedings.

DATED: September 30, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE